FILED - USDC -NH
2025 MAR 24 AM 10:46

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JESSE HIPPOLITE ) <br> ) <br> Defendant. ) | No. 25-cr-17-PB-TSM-01 |

ORGANIZATIONAL VICTIM STATEMENT
Fed. R. Crim. P. 12(4)(b) and Local Criminal Rule 12.4.1(b)

The United States of America, by John J. McCormack, the Acting U.S. Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified at least one organizational victim in the above-captioned case. Pursuant to Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b), the Government discloses the following information about this victim.

1. Granite State Credit Union is a credit union that does not have shares. The Government is unaware of any individual or entity controlling more than a 10% stake in Granite State Credit Union.

Respectfully submitted,

JOHN J. MCCORMACK
Acting United States Attorney

Dated: March 24, 2025

By: /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney

1